February 27, 2009

Mr. James L. Drought
Drought Drought & Bobbitt LLP
112 East Pecan St., Suite 2900
San Antonio, TX 78205

Mr. Douglas Alexander
Alexander Dubose Jones & Townsend, LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701-3520
Mr. Jeffrey D. Small
Law Office of Jeff Small
12451 Starcrest, Suite 100
San Antonio, TX 78216-2988

RE: Case Number: 07-0599
 Court of Appeals Number: 04-06-00727-CV
 Trial Court Number: 99-CI-11287

Style: RETAMCO OPERATING, INC.
 v.
 REPUBLIC DRILLING COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |